UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH WATLEY, | : | **1:20-CV-01146** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA and GOVERNOR THOMAS WOLF, | : | |
| | : | |
| Defendants. | : | |

# ORDER
January 29, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Watley's amended complaint is dismissed without prejudice based on lack of standing. Watley is granted leave to file a second amended complaint within 21 days of the date of this Order. And given the above, the motions (*doc. 11* and *doc. 29*) to dismiss filed by the defendants are dismissed as moot.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge