UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH WATLEY, | : | **1:20-CV-01146** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA and GOVERNOR THOMAS WOLF, | : : : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER
June 14, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendants' motion to dismiss (*doc. 37*) is granted to the extent that Watley's second amended complaint is dismissed without prejudice based on lack of standing.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge